# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA          :

        v.                                          :

GREGORY HARRIS,                        :          No.: 08 CR. 266 (KMK)
a/k/a "Glamour,"

                       Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       GREGORY HARRIS, a/k/a "Glamour," the above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 2113(a) and (d) and 2, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                Defendant.

                                                _____
                                                Counsel for Defendant.

Date:  White Plains, New York
         March 26, 2008

