BRICCETTI, CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900
FAX (914) 946-5906

July 2, 2008

**BY HAND**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York   10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   United States v. Gregory Harris
      08 Cr. 266 (KMK)

**MEMO ENDORSED**

Dear Judge Karas:

   I represent Gregory Harris, who is scheduled to be sentenced by Your Honor on July 18, 2008, pursuant to his guilty plea to a bank robbery charge. I write to ask for an adjournment of the sentencing, until the week of August 11-15 if that is convenient with the Court.

   The reason for this request is that I was engaged in a trial before Judge McMahon from June 2 until yesterday, and have been unable to devote my attention to Mr. Harris' sentencing until now. I have received the initial pre-sentence report but have not had the opportunity to review it yet with Mr. Harris, and I also intend to prepare a sentencing letter to submit to the Court on his behalf. The requested adjournment would give me the time to complete this work and allow Mr. Harris to be sentenced in an orderly fashion.

   AUSA John Collins has advised that the government has no objection to the requested adjournment. I appreciate the Court's consideration of this request.

Respectfully submitted,

Clinton W. Calhoun, III

cc:   AUSA John Collins (by hand)
      USPO Sandra Campbell (by hand)

*[Handwritten endorsement:]* Sentence adjourned until September 3, 2008, at 10:30. So Ordered. 7/2/08