UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

United States of America,

    -against-

Gregory Harris,

             Defendant.

------------------------------------------------------------x

**ORDER**

Docket No. 08 CR 00266 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Matthew John Galluzzo, Esq. is to assume representation of the defendant in the above captioned matter as of March 12, 2025. Mr. Galluzzo is appointed pursuant to the Criminal Justice Act. His address is The Law Office of Matthew Galluzzo PLLC, 11 Broadway, Suite 715, New York, NY 10004, phone number 212-344-5180, Email: matthew.galluzzo@gjllp.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
        March 13, 2025